UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ZENA MONIQUE WILLIAMS,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 3:23-cv-1001 (AWT) |
| **KILOLO KIJAKAZI,** *ACTING COMMISSIONER OF SOCIAL SECURTY,* | : |
| **Defendant.** | : |

## JUDGMENT

This action came on for consideration of the defendant's motion for entry of judgment under Sentence Four of 42 U.S.C. § 405(g) with reversal and remand of the cause to the defendant before the Honorable Alvin W. Thompson, United States District Judge.

On September 26, 2023, the Honorable Alvin W. Thompson having considered the motion and the full record of the case including applicable principles of law, issued an order granting the defendant's motion. The order reversed the decision of the Commissioner and remanded this matter under sentence 42 U.S.C. § 405(g) for further development of the record. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is reversed and this matter is remanded to the Commissioner for further development of the record. Upon remand, the Social Security Administration Appeals Council will remand this case to an Administrative Law Judge ("ALJ"). The ALJ shall re-evaluate the opinion evidence and the plaintiff's residual functional capacity, continue through the

sequential evaluation process, take further action to complete the administrative record, and issue a new decision. As directed, this case is closed.

Dated at Hartford, Connecticut, this 29th day of September, 2023

DINAH MILTON KINNEY, Clerk

By  /s/ Linda S. Ferguson
Linda S. Ferguson
Deputy Clerk

EOD: 9/29/2023